RECEIVED

AUG 2 2 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 6:16-cr-00145-01 |
| VERSUS | JUDGE DRELL |
| WOOD GROUP PSN, INC. (01) | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Wood Group PSN, Inc., is ACCEPTED and it is finally adjudged guilty of the offense charged in Count One of the bill of information, consistent with the report and recommendation.

Alexandria, Louisiana, this 22ND day of August, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT